**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____    Chapter   11

☐ Check if this an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy        4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Acquafredda Enterprises, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 13-4038551 |
| 4. | Debtor's address | **Principal place of business**<br><br>3098 Dare Place<br>Bronx, NY 10465<br>Number, Street, City, State & ZIP Code<br><br>Bronx<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>3094 Dare Place<br>3093 Casler Place<br>3095 Casler Place Bronx, NY 10465<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Acquafredda Enterprises, LLC**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☐ No.
- ■ Yes.

If more than 2 cases, attach a separate list.

| District | Southern District of New York | When | 2/11/13 | Case number | 13-10269 |
| District |  | When |  | Case number |  |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor |  | Relationship |  |
| District |  | When |  | Case number, if known |  |

Debtor   Acquafredda Enterprises, LLC
         Name

Case number (*if known*) _____

**11. Why is the case filed in this district?**

Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Acquafredda Enterprises, LLC**  Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  August 9, 2018
             MM / DD / YYYY

X /s/ Susan Acquafredda                              Susan Acquafredda
Signature of authorized representative of debtor     Printed name

Title  Managing Member

**18. Signature of attorney**

X /s/ Gabriel Del Virginia, Esq.                     Date  August 9, 2018
Signature of attorney for debtor                           MM / DD / YYYY

Gabriel Del Virginia, Esq.
Printed name

LAW OFFICES OF GABRIEL DEL VIRGINIA
Firm name

30 Wall Street,
12th Floor,
New York, NY 10005
Number, Street, City, State & ZIP Code

Contact phone  212-371-5478    Email address  gabriel.delvirginia@verizon.net

(GDV-4951)
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Acquafredda Enterprises, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Con Edison 4 Irving Place New York, NY 10016 | | Notice | | | | $0.00 |
| Fran Markus, CPA 781 Preston Road East Meadow, NY 11554 | | Accounting services | | | | $0.00 |
| Gino O. Longo Registered Architect 129-20 20th Avenue College Point, NY 11356 | | Architectural services | | | | $0.00 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19114 | | Notice Purposes | | | | $0.00 |
| Josphe Mooney Paltzik LLP 360 Lexington Avenue Suite 1502 New York, NY 10017 | | Legal services | | | | $0.00 |
| Law Office G. Oliver Koppell 99 Park Avenue Suite 1100 New York, NY 10016 | | Legal services | | | | $0.00 |
| Law Office of Michael Drezin 1978 Williamsbridge Road Bronx, NY 10461 | | Legal services | | | | $0.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Acquafredda Enterprises, LLC    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NY City Law Department Corporation Counsel-Bankruptcy 100 Church Street-Room 240 New York, NY 10007 | | Notice Purposes | | | | $0.00 |
| NYC Department of Finance Attn. Legal Affairs 345 Adams Street-3rd Floor Brooklyn, NY 11201 | | Property taxes | Disputed | | | $14,620.99 |
| NYC Dept Env Protection 59-17 Junction Blvd 13 Floor Flushing, NY 11373 | | Water & Sewer charges | Contingent Disputed | | | $21,198.12 |
| NYS Dept. of Tax. & Finan Bankruptcy Unit P.O. Box 5300 Albany, NY 12205-5300 | | Notice Purposes | | | | $0.00 |
| Susan Acquafredda 3098 Dare Place Bronx, NY 10465 | | Loans; property, cash to fund operations | | | | $1,361,929.72 |
| United States Trustees Office Southern District of New York 201 Varick Street Suite 1006 New York, NY 10014 | | Notice Purposes | | | | $0.00 |

```
AVAIL 1 LLC
MARGOLIN AND WEINREB
65 EILEEN WAY - SUITE 101
SYOSSET, NY 11791


CON EDISON
4 IRVING PLACE
NEW YORK, NY 10016


FRAN MARKUS, CPA
781 PRESTON ROAD
EAST MEADOW, NY 11554


GINO O. LONGO
  REGISTERED ARCHITECT
129-20 20TH AVENUE
COLLEGE POINT, NY 11356


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19114


INTERNAL REVENUE SERVICE
C/O US ATTORNEYS OFFICE-SDNY
86 CHAMBERS STREET
NEW YORK, NY 10007


JOSPHE MOONEY PALTZIK LLP
360 LEXINGTON AVENUE
SUITE 1502
NEW YORK, NY 10017


LAW OFFICE G. OLIVER KOPPELL
99 PARK AVENUE
SUITE 1100
NEW YORK, NY 10016


LAW OFFICE OF MICHAEL DREZIN
1978 WILLIAMSBRIDGE ROAD
BRONX, NY 10461


NY CITY LAW DEPARTMENT
CORPORATION COUNSEL-BANKRUPTCY
100 CHURCH STREET-ROOM 240
NEW YORK, NY 10007
```

```
NYC DEPARTMENT OF FINANCE
ATTN. LEGAL AFFAIRS
345 ADAMS STREET-3RD FLOOR
BROOKLYN, NY 11201


NYC DEPT ENV PROTECTION
59-17 JUNCTION BLVD
13 FLOOR
FLUSHING, NY 11373


NYS DEPT. OF TAX. & FINAN
BANKRUPTCY UNIT
P.O. BOX 5300
ALBANY, NY 12205-5300



RICHARD ORRIN TOLCHIN-REFEREE
2 OVERLOOK ROAD SUITE 1 B2
WHITE PLAINS, NY 10605


SUSAN ACQUAFREDDA
3098 DARE PLACE
BRONX, NY 10465


UNITED STATES TRUSTEES OFFICE
SOUTHERN DISTRICT OF NEW YORK
201 VARICK STREET SUITE 1006
NEW YORK, NY 10014
```

# United States Bankruptcy Court
## Southern District of New York

| | | |
|---|---|---|
| In re  Acquafredda Enterprises, LLC | Case No. | |
| Debtor(s) | Chapter | 11 |

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Acquafredda Enterprises, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August  9, 2018
Date

/s/ Gabriel Del Virginia, Esq.
Gabriel Del Virginia, Esq. (GDV-4951)
Signature of Attorney or Litigant
Counsel for   Acquafredda Enterprises, LLC
LAW OFFICES OF GABRIEL DEL VIRGINIA
30 Wall Street,
12th Floor,
New York, NY 10005
212-371-5478 Fax:212-371-0460
gabriel.delvirginia@verizon.net